June 10, 2011

Mr. Robert C. E. Wolfe
Attorney at Law
9950 Cypresswood, Suite 201
Houston, TX 77070

Mr. David M. Feldman
City of Houston Legal Department
P.O. Box 368
Houston, TX 77001-0368
Honorable Sylvia A. Matthews
Harris County Civil Courthouse
201 Caroline, 14Th Floor
Houston, TX 77002

Mr. Richard Alan Morris
Rogers Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, TX 77057

RE: Case Number: 10-0294
 Court of Appeals Number: 01-10-00302-CV
 Trial Court Number: 2010-07021

Style: IN RE MICHAEL WOLFE

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 52.8(c), without hearing
oral argument, the Court conditionally grants the writ of mandamus and
issued an opinion in the above-referenced cause. You may obtain a copy of
the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Medina and Justice Guzman not sitting not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Mr. Loren Jackson |
| |Ms. M. Karinne |
| |McCullough |